FILED: March 26, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-4917
(5:08-cr-00944-MBS-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SIGMUND DIAOLA JAMES, a/k/a Sig

      Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Shedd, Judge Keenan and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk